OPINION — AG — TRUCK TRACTOR AND SEMI TRIALER COMBINATIONS SHALL NOT HAVE AN OVERALL LENGTH IN EXCESS OF FIFTY FIVE FEET; AND THAT ALL OTHER TWO UNITS COMBINATIONS, AND ALL THREE UNIT COMBINATIONS AS ALLOWED IN 47 O.S. 1965 Supp 14-103 [47-14-103](D) SHALL NOT HAVE AN OVERALL LENGTH IN EXCESS OF SIXTY FIVE FEET. CITE: 47 O.S. 1965 Supp., 14-103 [47-14-103], 47 O.S. 1961 1-162 [47-1-162], 47 O.S. 1961 22.1 [47-22.1] 47 O.S. 1961 1-182 [47-1-182] (HUGH COLLUM)